JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS HACKNEY, | Case No. CV 09-00744-AG (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 31, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE